UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

335-7 LLC, FGP 309 LLC, 226 LLC, 431
HOLDING LLC, and 699 VENTURE CORP.,

           Plaintiffs,

        *and*                                         *20* **CIVIL** 1053 (ER)

312 WEST 93RD STREET ASSOCIATES,               **JUDGMENT**

           Proposed Plaintiff-Intervenor,

                *v.*
  CITY OF NEW YORK, NEW YORK CITY
RENT GUIDELINES BOARD, and
RUTHANNE VISNAUSKAS (in her official
capacity as commissioner of the New York State
Division of Homes and Community Renewal),

           Defendants,

          *and*
NEW YORK TENANTS & NEIGHBORS,
and COMMUNITY VOICES HEARD,

           Defendant-Intervenors.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated March 8, 2021, Defendants' motions to dismiss are

granted. Proposed-Intervenor 312's motion to intervene is denied as moot.; accordingly, the case is

closed.

**Dated:**  New York, New York

      March 8, 2021

                              **RUBY J. KRAJICK**

                              _____
                              **Clerk of Court**

         **BY:**
                                **Deputy Clerk**